FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NICOLE LEDEN, | ) |
|         Plaintiff, | ) |
| v. | )   Case No.: 2009 – C – 50182 |
| SWEDISHAMERICAN HOSPITAL,<br>an Illinois not-for-profit corporation, | ) |
|         Defendant. | ) |

## STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate, and the court hereby orders, that pursuant to the parties' settlement, this action is hereby dismissed with prejudice in its entirety, and that there is no just reason to delay enforcement or appeal of this order.

So Stipulated:

_____         _____
Attorney for Plaintiff                              Attorney for Defendant


Enter:

_____                     Date: _____